

**ROBERTSON, ANSCHUTZ, SCHNEID,
CRANE & PARTNERS, PLLC**
LAW OFFICES

| | | |
|---|---|---|
| Sara Z. Boriskin, Esquire<br>*Managing Partner, New York Office* | 900 Merchants Concourse,<br>Suite 310<br>Westbury, NY 11590<br>Phone: 516.280.7675<br>Fax: 516-280-7674<br>www.raslegalgroup.com | James Robertson,<br>Esquire*<br>Everett Anschutz,<br>Esquire**<br>David J. Schneid,<br>Esquire**<br>John T. Crane, Esquire** |

\* Deceased
\*\*Not Admitted to Practice in New York

VIA CM/ECF

November 19, 2025

Honorable Cathy Seibel
U.S. District Court, Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4150

RE:   PHH Mortgage Corporation v. Yobani Jaquez, et al.
      Case #: 7:25-cv-07093-CS
      Our File Number: 25-320221

Dear Judge Seibel:

Please note that this office represents the Plaintiff in the above-referenced foreclosure action.

I am writing to alert the court that the defendant borrower Yobani Jaquez filed a Chapter 13 bankruptcy petition on September 9, 2025. We are therefore bound by the automatic stay, and will not be proceeding with our action until the automatic stay is vacated. I am annexing a copy of the PACER docket for your convenience.

Thank you for your courtesies, cooperation, and understanding.

Respectfully submitted,

*/s/ Eric Sheidlower/*

Eric Sheidlower, Esq.

*The court believes that the case could go forward against the remaining Defendants, but that does not make sense in this case. The case is stayed based on Defendant Jacquez' bankruptcy. Counsel for Plaintiff shall provide a status update no later than 5/19/26, or sooner if developments in the Bankrutpcy Court warrant.*

SO ORDERED.

*/s/ Cathy Seibel/*   11/20/25
CATHY SEIBEL, U.S.D.J.

TO:

YOBANI JAQUEZ
3165 STATE ROUTE 22
WHITE SULPHUR SPRINGS, NY 12787

SYLVIA VILLAFANE
42 CHAMPLIN AVENUE #2
LIBERTY, NY 12754

PEDRO ROLANDO ORTIZ
210 EAST 102nd STREET, APT. 13G
NEW YORK, NY 10029

Repeat

# U.S. Bankruptcy Court
## Southern District of New York (Poughkeepsie)
### Bankruptcy Petition #: 25-35955-kyp

*Date filed:* 09/09/2025
*341 meeting:* 11/10/2025
*Deadline for filing claims:* 11/18/2025

*Assigned to:* Judge Kyu Young Paek
Chapter 13
Voluntary
Asset

*Debtor*
**Yobani Jaquez**
3165 State Route 22
White Sulphur Springs, NY 12787
SULLIVAN-NY
SSN / ITIN: xxx-xx-8751

represented by **Wendy Marie Weathers**
Clair Gjersten & Weathers, PLLC
4 New King Street
Suite 140
White Plains, NY 10604
914-472-6202
Fax : 914-472-1936
Email: wendy@cgwesq.com

*Trustee*
**Thomas C. Frost**
Chapter 13 Standing Trustee
399 Knollwood Rd
Suite 102
White Plains, NY 10603
914-328-6333

*U.S. Trustee*
**United States Trustee**
Office of the United States Trustee
11A Clinton Ave.
Room 620
Albany, NY 12207
(518) 434-4553

| Filing Date | # | Docket Text |
|---|---|---|
| 09/09/2025 | 1 (51 pgs) | Chapter 13 Voluntary Petition for Individual. Order for Relief Entered. Filed by Wendy Marie Weathers of Clair Gjersten & Weathers, PLLC on behalf of Yobani Jaquez. (Weathers, Wendy) (Entered: 09/09/2025) |
| 09/09/2025 | 2 (1 pg) | Certificate of Credit Counseling, Certificate Number[s]: 12459-nys-cc-039847370 Filed by Wendy Marie Weathers on behalf of Yobani Jaquez. (Weathers, Wendy) (Entered: 09/09/2025) |
| 09/09/2025 | 3 (4 pgs) | Chapter 13 Statement of Current Monthly Income and Calculation of Commitment Period for 5 Years (Form 122C-1). Disposable Income Is Determined. Filed by Wendy Marie Weathers on behalf of Yobani Jaquez. (Weathers, Wendy) (Entered: 09/09/2025) |

| | | |
|---|---|---|
| 09/09/2025 | 4 (8 pgs) | Chapter 13 Calculation of Disposable Income - Form 122C-2 Filed by Wendy Marie Weathers on behalf of Yobani Jaquez. (Weathers, Wendy) (Entered: 09/09/2025) |
| 09/09/2025 | | Receipt of Voluntary Petition (Chapter 13)( 25-35955) [misc,1161] ( 313.00) Filing Fee. Receipt number A17218091. Fee amount 313.00. (Re: Doc # 1) (U.S. Treasury) (Entered: 09/09/2025) |
| 09/09/2025 | 5 (3 pgs) | Chapter 13 Plan Filed by Debtor Yobani Jaquez. (Weathers, Wendy) (Entered: 09/09/2025) |
| 09/10/2025 | | Repeat Filer. Previous Case Number(s) and Information: **Case No.: 22-35080-kyp SDNY (Poughkeepsie)**; Filed: 02/15/2022; Chapter: 13; Dismissed: 03/21/2024; Closed: 01/31/2025; **Case No.: 19-36828-cgm SDNY (Poughkeepsie)**; Filed: 11/13/2019; Chapter: 13; Dismissed: 10/08/2021; Closed: 12/02/2021; (DuBois, Linda). (Entered: 09/10/2025) |
| 09/10/2025 | 6 (3 pgs; 2 docs) | Notice of Chapter 13 Bankruptcy Case, 341(a) Meeting of Creditors & Notice of Appointment of Trustee with 341(a) meeting to be held on 10/14/2025 at 09:30 AM at Zoom.us - Frost: Meeting ID 673 361 4656, Passcode 5387830639, Phone 1 (914) 855-1401. Confirmation hearing to be held on 11/17/2025 at 10:05 AM at Videoconference (ZoomGov) (KYP) Last day to object to dischargeability of a debt is 12/15/2025. Last day to Object to Confirmation 11/7/2025, Proofs of Claim due by 11/18/2025, (DuBois, Linda). (Entered: 09/10/2025) |
| 09/10/2025 | 7 (2 pgs) | Affidavit of Service *of Chapter 13 Plan* (related document(s)5) Filed by Wendy Marie Weathers on behalf of Yobani Jaquez. (Weathers, Wendy) (Entered: 09/10/2025) |
| 09/12/2025 | 8 (4 pgs) | Certificate of Mailing Re: Notice of 341(a) Meeting of Creditors (related document(s) (Related Doc # 6)) . Notice Date 09/12/2025. (Admin.) (Entered: 09/13/2025) |
| 09/13/2025 | 9 (3 pgs) | Notice of Appearance filed by Suzanne Youssef on behalf of Wells Fargo Bank, National Association. (Youssef, Suzanne) (Entered: 09/13/2025) |
| 09/17/2025 | 10 (2 pgs) | Notice of Appearance filed by Khalid Bashjawish on behalf of County of Sullivan. (Bashjawish, Khalid) (Entered: 09/17/2025) |
| 09/25/2025 | 11 (4 pgs) | Objection to Confirmation of Plan *With the Certificate of Service* (related document(s)5) filed by Suzanne Youssef on behalf of Wells Fargo Bank, National Association, as Trustee for Option One Mortgage Loan Trust 2004-1, Asset-Backed Certificates, Series 2004-1. with hearing to be held on 11/17/2025 at 10:05 AM at Videoconference (ZoomGov) (KYP) (Youssef, Suzanne) (Entered: 09/25/2025) |
| 10/09/2025 | 12 (2 pgs) | Chapter 13 Debtor's Certifications Regarding Domestic Support Obligations and Section 522(q) (Form B2830) Filed by Wendy Marie Weathers on behalf of Yobani Jaquez. (Weathers, Wendy) (Entered: 10/09/2025) |
| 10/11/2025 | 13 (1 pg) | Personal Financial Management Course Certificate For Debtor Yobani Jaquez Provided By sage, 18005162759. (certfiler) (Entered: 10/11/2025) |

| | | |
|---|---|---|
| 10/14/2025 | [14](#) (27 pgs) | Amended Voluntary Petition , Amended Schedules filed: Schedule A/B - Individual, Schedule C - Individual, Schedule D - Individual, Schedule I - Individual, Schedule J - Individual , Summary of Assets and Liabilities Schedules - Individual , Declaration About Individual Debtor's Schedules (Official Form 106Dec) Filed by Wendy Marie Weathers on behalf of Yobani Jaquez. (Weathers, Wendy) (Entered: 10/14/2025) |
| 10/14/2025 | | Receipt of Amended Schedules( 25-35955-kyp) [misc,schaja] ( 34.00) Filing Fee. Receipt number A17265611. Fee amount 34.00. (Re: Doc # [14](#)) (U.S. Treasury) (Entered: 10/14/2025) |
| 10/16/2025 | 15 | Trustee's Notice of Continued Meeting of Creditors. 341(a) meeting to be held on 11/10/2025 at 01:30 PM at Zoom.us - Frost: Meeting ID 673 361 4656, Passcode 5387830639, Phone 1 (914) 855-1401. (Frost, Thomas) (Entered: 10/16/2025) |
| 11/10/2025 | 16 | Notice of Adjournment of Hearing RE: Confirmation Hearing; hearing not held and adjourned to 12/16/2025 at 10:00 AM at Videoconference (ZoomGov) (KYP) (VanessaAshmeade) (Entered: 11/10/2025) |
| 11/10/2025 | 17 | Notice of Adjournment of Hearing RE: (related document(s): [11](#) Objection to Confirmation of Plan filed by Wells Fargo Bank, National Association, as Trustee for Option One Mortgage Loan Trust 2004-1, Asset-Backed Certificates, Series 2004-1; hearing not held and adjourned to 12/16/2025 at 10:00 AM at Videoconference (ZoomGov) (KYP) (VanessaAshmeade) (Entered: 11/10/2025) |
| 11/10/2025 | [18](#) (1 pg) | Letter Filed by Wendy Marie Weathers on behalf of Yobani Jaquez. with hearing to be held on 12/16/2025 at 10:00 AM at Videoconference (ZoomGov) (KYP) (Weathers, Wendy) (Entered: 11/10/2025) |
| 11/10/2025 | | Meeting of Creditors Held (Frost, Thomas) (Entered: 11/10/2025) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 11/18/2025 09:37:03 | | | |
| **PACER Login:** | rb7586ny | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 25-35955-kyp Fil or Ent: filed From: 11/4/2000 To: 11/18/2025 Doc From: 0 Doc To: 99999999 Headers: included Format: html Page counts for documents: included |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PHH MORTGAGE CORPORATION,

Civil Case No.
25-CV-07093

Plaintiff,

**DECLARATION OF MAILING**

-against-

YOBANI JAQUEZ; SYLVIA VILLAFANE;
PEDRO ROLANDO ORTIZ,

"JOHN DOE #1" THROUGH "JOHN DOE #12," the last twelve names being fictitious and unknown to plaintiff, the persons or parties intended being the tenants, occupants, persons or corporations, if any, having or claiming an interest in or lien upon the premises, described in the complaint,

Defendant(s).

I, Jessica Kempadoo, being duly sworn, deposes and says:

I am not a party to the action and am over 18 years of age.

I affirm this 19th day of November 2025 under the penalties of perjury under the law of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law. On November 19, 2025, I served a copy of the within: Status Letter and Pacer Docket Sheet by depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal service within New York State, addressed to each of the following persons at the last known address set forth after each name:




**Defendants' Names and Addresses**:

YOBANI JAQUEZ
3165 ROUTE 52 WEST
WHITE SULPHUR SPRINGS NY, 12734

SYLVIA VILLAFANE
42 CHAMPLIN AVENUE, #2
LIBERTY NY, 12754

PEDRO ROLANDO ORTIZ
210 EAST 102ND STREET, APARTMENT 13G
NEW YORK NY, 10029

Jessica Kempadoo